|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>NOV 20 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

SEATTLE SCHOOL DISTRICT NO. 1,

    Plaintiff-ctr-defendant - Appellee,

A.R.W., by and through his father Kurt Benshoof,

    Counter-claimant - Appellant,

 v.

Mr. KURT BENSHOOF,

    Defendant-ctr-claimant - Appellant,

NATHAN CLIBER; et al.,

    Counter-defendants - Appellees.

No. 24-5188

D.C. No. 2:23-cv-01829-JNW
Western District of Washington, Seattle

ORDER

Appellant's motion (Docket Entry No. 6) is treated as a motion for an extension of time to file the opening brief and is granted.

The opening brief is now due January 6, 2025. The answering brief is due February 5, 2025. The optional reply brief is due within 21 days after service of the answering brief.

                        FOR THE COURT:

                        MOLLY C. DWYER
                        CLERK OF COURT