**FILED**

FEB 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SEATTLE SCHOOL DISTRICT NO. 1, | No. 24-5188 |
| Plaintiff-counter-defendant - Appellee, | D.C. No. 2:23-cv-01829-JNW Western District of Washington, Seattle |
| A.R.W., by and through his father Kurt Benshoof, | ORDER |
| Counter-claimant - Appellant, | |
| v. | |
| KURT BENSHOOF, | |
| Defendant-counter-claimant - Appellant, | |
| NATHAN CLIBER; et al., | |
| Counter-defendants - Appellees. | |

Before: M. SMITH and FORREST, Circuit Judges.

The motion (Docket Entry No. 8) for injunctive relief is denied. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court).

The motion (Docket Entry No. 11) for an extension of time to file the opening brief is granted. The opening brief is due April 1, 2025. The answering brief is due May 1, 2025. The optional reply brief is due within 21 days after service of the answering brief.