UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SEATTLE SCHOOL DISTRICT NO. 1,       Plaintiff-counter-defendant - Appellee, A.R.W., by and through his father Kurt Benshoof,       Counter-claimant - Appellant,  v. Mr. KURT BENSHOOF,       Defendant-counter-claimant - Appellant, NATHAN CLIBER; et al.,       Counter-defendants - Appellees. | No. 24-5188 D.C. No. 2:23-cv-01829-JNW Western District of Washington, Seattle ORDER |

Appellant's motion (Docket Entry No. 13) to hold this appeal in abeyance is treated as a motion for an extension of time to file the opening brief. The motion is granted.

The opening brief is due June 2, 2025. The answering brief is due July 2, 2025. The optional reply brief is due 21 days after the answering brief is served.

Appellant is not required to submit excerpts of record. If appellant does not submit excerpts, appellees must submit all documents cited in the pro se opening brief or otherwise required by the rules. *See* 9th Cir. R. 30-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT