**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

# Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form16instructions.pdf*

**9th Cir. Case Number(s)** No. 24-5188

**Case Name** Mr. KURT A. BENSHOOF, Appellant, v. SEATTLE SCHOOL DIS

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

EMERGENCY MOTION TO STAY APPEAL DUE TO APPELLANT'S INABILITY TO FILE BRIEF and to LITIGATE THE APPEAL
On February 24, 2025, Benshoof was sentenced and taken into immediate custody before the completion of his sentencing hearing. He was placed in maximum security on Floor 11 and is held in solitary confinement without

Relief is needed no later than *(date)*: June 23, 2025 - immediately

The following will happen if relief is not granted within the requested time:

Here, Appellant is completely deprived of his ability to participate in this appeal, violating his fundamental rights under the First, Seventh, and Fourteenth Amendments. The conditions of his incarceration effectively obstruct his ability to file pleadings and motions, constituting an irreparable harm.

The foregoing statements of fact were typed up by the undersigned, upon Mr. Kurt Benshoof's request and to the best of the undersigned's understanding.- See Faretta v. California and Section 35 of the Judiciary Act of 1789, 1 Stat. 73, 92

I could not have filed this motion earlier because:

On February 24, 2025, Benshoof was sentenced and taken into immediate custody before the completion of his sentencing hearing. He was placed in maximum security on Floor 11 and is held in solitary confinement without access to legal resources, including writing materials, a computer/tablet, internet. Additionally, he has been unable to communicate with his attorney, Robert E.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

I requested this relief in the district court or other lower court:　○ Yes　　○ No

If not, why not:

I notified 9th Circuit court staff via voicemail or email about the filing of this motion:　○ Yes　　○ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*:

By *(method)*:

Position of other parties:

Name and best contact information for each counsel/party notified:

I declare under penalty of perjury that the foregoing is true.

**Signature**  | **Date**

*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov